UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

 ROBERT WEEKES, Individually, and On :    Case No.: 1:22-cv-01848-LJL
Behalf of All Others Similarly Situated, :
                                          :
                      Plaintiff, :
      vs. :
                                            :
                                            :     **NOTICE OF VOLUNTARY DISMISSAL**
PROPEL BIKES LLC, :
                                            :
                  Defendant. :
                                            :

———————————————————— x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Robert Weekes hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Propel Bikes LLC.

DATED:  November 21, 2022          **MIZRAHI KROUB LLP**

                                         /s/ Edward Y. Kroub
                                        EDWARD Y. KROUB

                                     EDWARD Y. KROUB
                                     JARRETT S. CHARO
                                     WILLIAM J. DOWNES
                                     200 Vesey Street, 24th Floor
                                     New York, NY  10281
                                     Telephone:  212/595-6200
                                     212/595-9700 (fax)
                                     ekroub@mizrahikroub.com
                                     jcharo@mizrahikroub.com
                                     wdownes@mizrahikroub.com

                                     *Attorneys for Plaintiff*